**IN THE UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROSSANA QUATTROCCHI, | ) |
| Plaintiff | ) ) ) |
| v. | ) **Case No.:** |
| ENHANCED RECOVERY COMPANY, LLC, | ) ) **5:15-cv-06293-LS** ) ) |
| Defendant | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

                                                   Respectfully submitted,

Dated: April 21, 2016                      */s/* Craig Thor Kimmel
                                                        Craig Thor Kimmel, Esquire
                                                        Kimmel & Silverman, P.C.
                                                        30 E. Butler Pike
                                                        Ambler, PA 19002
                                                        kimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January, 2016, a true and correct copy of the foregoing pleading served via mail to the below:

Rocky Landoll, Esquire
Brita M. Abram, Esquire
Enhanced Recovery
8014 Bayberry Road
Jacksonville, FL 32256
rlandoll@erccollections.com
babram@ercbpo.com

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
PA Attorney ID No. 57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 116
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff